UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re Subpoena in<br><br>COLLINS, et al.,<br><br>v.<br><br>SMITHKLINEBEECHAM CORP. d/b/a,<br>GLAXOSMITHKLINE, INC. | Case No. 1:07-mc-00333 (RJL) |

## DISCLOSURE OF CORPORATE
## AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for SmithKline Beecham Corporation d/b/a GlaxoSmithKline, Inc. ("GSK"), certify that to the best of my knowledge and belief, the following are following are parents, trusts, subsidiaries and/or affiliates of said party and have issued shares or debt securities to the public or own more than ten percent of the stock of SmithKline Beecham Corporation d/b/a GlaxoSmithKline:

- GlaxoSmithKline Consumer Healthcare Limited (India);
- GlaxoSmithKline Pharmaceuticals Limited (India);
- GlaxoSmithKline Consumer Nigeria plc. (Nigeria);
- GlaxoSmithKline Pakistan Limited (Pakistan).
- GlaxoSmithKline plc;
- GlaxoSmithKline S.A.E. (Egypt);

- Amoun Pharmaceutical Industries Co. S.A.E. (Egypt);
- Burroughs Wellcome (India) Limited;
- GlaxoSmithKline Bangladesh Limited;
- Glaxo Wellcome Ceylon Limited (Sri Lanka);
- SmithKline Beecham plc (U.K.);
- GlaxoSmithKline Capital plc (U.K.);
- GlaxoSmithKline Finance plc (U.K.);
- GlaxoSmithKline Capital K.K (Japan);
- Glaxo K.K. (Japan);
- GlaxoSmithKline Holdings (Americas) Inc. (U.S.);
- GlaxoSmithKline Capital, Inc. (US).

GlaxoSmithKline plc is a publicly held English limited company, and does not have a parent corporation. To the knowledge of GlaxoSmithKline plc, none of the shareholders of GlaxoSmithKline plc owns beneficially ten percent or more of its outstanding shares.

These representations are made in order that judges of this Court may determine the need for recusal.

_____
Attorney of Record for GlaxoSmithKline

Respectfully submitted,

_____
Lauren S. Reeder (DC 494572)
Mark Brown (DC 455359)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 737-0500

Attorneys for SmithKline Beecham
Corporation d/b/a GlaxoSmithKline

This 7th day of September, 2007.