UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in<br><br>UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SMITHKLINEBEECHAM CORP d/b/a<br>GLAXOSMITHKLINE, INC.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Misc. No. 07-mc-0333 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE ITS REPLY BRIEF**

Pursuant to Fed. R. Civ. P. 6(b)(1), the undersigned on behalf of Mr. David Voyles, a federal employee of the Smithsonian Institution, requests an enlargement of time until September 26, 2007, to file a reply to GlaxoSmithKline's ("GSK") opposition to Mr. Voyles' Motion to Quash. In support of this motion, the undersigned states:

1.	On August 24, 2007, the Smithsonian Institution, on behalf of one of its employees, David Voyles, removed a subpoena served on Mr. Voyles and moved to quash same.

2.	On September 7, 2007, GSK filed an opposition to the motion to quash.

3.	Defendant seeks additional time in order to confer with counsel for GSK to ascertain the scope of testimony sought and with counsel for the Smithsonian to determine whether Mr. Voyles can be permitted to testify on a very limited basis.

4.	Pursuant to Local Civil Rule 7(m), the undersigned attempted to confer with counsel for GSK but was unable to reach her at her office.

September 19, 2007　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #  434122
　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　555 4th Street, N.W. – Room E4210
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov

　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion for an Enlargement to File a Reply Brief was sent by mail:

Lauren Reeder, Esq.
King & Spalding
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Atty. for Respondent

on this 19th day of September, 2007.

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Washington, DC  20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in<br><br> UNITED STATES OF AMERICA<br><br> Plaintiff,<br>v.<br><br>SMITHKLINEBEECHAM CORP d/b/a<br>GLAXOSMITHKLINE, INC.,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>) Misc. No. 07-mc-0333<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Mr. Voyles shall file a reply on or before September 26, 2007.

_____
UNITED STATES DISTRICT JUDGE