UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in<br><br>UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>SMITHKLINEBEECHAM CORP d/b/a<br>GLAXOSMITHKLINE, INC.,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>) Misc. No. 07-mc-0333 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE ITS REPLY BRIEF**

Pursuant to Fed. R. Civ. P. 6(b)(1), the undersigned on behalf of Mr. David Voyles, a federal employee of the Smithsonian Institution, requests an enlargement of time until October 5, 2007, to file a reply to GlaxoSmithKline's ("GSK") opposition to Mr. Voyles' Motion to Quash. In support of this motion, the undersigned states:

1. On August 24, 2007, the Smithsonian Institution, on behalf of one of its employees, David Voyles, removed a subpoena served on Mr. Voyles and moved to quash same.

2. On September 7, 2007, GSK filed an opposition to the motion to quash.

3. The parties are in discussions about whether Mr. Voyles can be permitted to testify on a very limited basis.

4. In addition, the undersigned is co-counsel in the OFHEO subpoena matter and has been preparing for a hearing that took place today and continues into tomorrow.

5. Pursuant to Local Civil Rule 7(m), the undersigned consents to this request.

September 26, 2007                    Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4210
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion for an Enlargement to File a Reply Brief was sent by mail:

Lauren Reeder, Esq.
King & Spalding
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Atty. for Respondent

on this 26th day of September, 2007.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Washington, DC 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in | ) |
| | ) |
|   UNITED STATES OF AMERICA | ) |
| | ) |
|                 Plaintiff, | ) |
| v. | ) Misc. No. 07-mc-0333 |
| | ) |
| SMITHKLINEBEECHAM CORP d/b/a | ) |
| GLAXOSMITHKLINE, INC., | ) |
| | ) |
|                 Defendants. | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

    ORDERED that the said motion be and hereby is granted; and it is

    FURTHER ORDERED Mr. Voyles shall file a reply on or before October 5, 2007.


                                              _____
                                              UNITED STATES DISTRICT JUDGE