UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in<br><br>UNITED STATES OF AMERICA<br><br>      Plaintiff,<br>v.<br><br>SMITHKLINEBEECHAM CORP d/b/a<br>GLAXOSMITHKLINE, INC.,<br><br>      Defendants. | Misc. No. 07-mc-0333 (RJL) |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE ITS REPLY BRIEF**

Pursuant to Fed. R. Civ. P. 6(b)(1), the undersigned on behalf of Mr. David Voyles, a federal employee of the Smithsonian Institution, requests an enlargement of time until October 10, 2007, to file a reply to GlaxoSmithKline's ("GSK") opposition to Mr. Voyles' Motion to Quash. In support of this motion, the undersigned states:

1. On August 24, 2007, the Smithsonian Institution, on behalf of one of its employees, David Voyles, removed a subpoena served on Mr. Voyles and moved to quash same.

2. On September 7, 2007, GSK filed an opposition to the motion to quash.

3. The parties have been in discussions to try and find common ground. Accordingly, on October 2, 2007, GSK submitted a list of possible deposition questions for Mr. Voyles. However, the parties have not yet been able to confer regarding these questions.

4. Pursuant to Local Civil Rule 7(m), the undersigned attempted to confer with counsel for GSK regarding this request but she is out of the office today.

October 5, 2007                                   Respectfully submitted,

                                                                /s/
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney

                                               /s/
                                    RUDOLPH CONTRERAS, D.C. BAR #  434122
                                    Assistant United States Attorney

                                             /s/
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Civil Division
                                    555 4th Street, N.W. – Room E4210
                                    Washington, D.C. 20530
                                    (202) 514-7157
                                    kenneth.adebonojo@usdoj.gov

                                    COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion for an Enlargement to File a Reply Brief was sent by mail:

Lauren Reeder, Esq.
King & Spalding
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Atty. for Respondent

on this 5th day of October, 2007.

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Washington, DC  20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in<br><br>   UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br>   v.<br><br>   SMITHKLINEBEECHAM CORP d/b/a<br>   GLAXOSMITHKLINE, INC.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>) Misc. No. 07-mc-0333(RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

   ORDERED that the said motion be and hereby is granted; and it is

   FURTHER ORDERED Mr. Voyles shall file a reply on or before October 10, 2007.


_____
UNITED STATES DISTRICT JUDGE