UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENA IN COLLINS, ET AL., UNITED STATES OF AMERICA

Plaintiff

vs.

Civil Action No. 1:07-MC-333 (RJL)

SMITHKLINEBEECHAM d/b/a GLAXOSMITHKLINE, INC.

Defendant

## NOTICE OF APPEAL

Notice is hereby given this 24th day of October, 20 07, that SmithKlineBeecham d/b/a GlaxoSmithKline, Inc., defendant in the above-named miscellaneous case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 12th day of October, 20 07

in favor of United States of America, on behalf of David Voyles

against said defendant, SmithKlineBeecham d/b/a GlaxoSmithKline, Inc.

_Lauren Reeder_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Mr. Kenneth Adebonojo
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530